IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


HOLLY SELLS                                                    PLAINTIFF

    V.                           Civil No. 04-6156

MR. SPEEDY CAR CARE CENTER,
JOHN HUFFER, MIKE PORTER,
PORJOHN ENTERPRISES, LLC a/k/a
POR JOHN ENTERPRISES, LLC                                     DEFENDANTS


**ORDER**

On this 7th day of November 2005 there comes on for consideration Defendants' Motion for Reconsideration of Motion for Stay of Execution on Judgment and Motion to Rescind all Writs of Garnishment (Doc. 140).  For the reasons set forth within the Court's memorandum of November 3, 2005 (Doc. 133), Defendants' Motion should be and hereby is DENIED.

    IT IS SO ORDERED.


                            /s/ Robert T. Dawson
                            Honorable Robert T. Dawson
                            United States District Judge