IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HOLLY SELLS                                                      PLAINTIFF

VS.                           CASE NO. 04-6156

MR. SPEEDY CAR CARE CENTER, JOHN HUFFER,
MIKE PORTER AND PORJOHN ENTERPRISES, LLC              DEFENDANTS

## ORDER

On January 23, 2006, a hearing was held before this Court for the Defendant Michael Porter to show cause why he should not be adjudged guilty of criminal contempt for providing false testimony under oath. Defendant Porter appeared at the hearing with his attorney and presented evidence and testimony that any false testimony provided at trial was unintentional and resulted from confusion surrounding the proper organization of PorJohn Enterprises, LLC and proper fictitious name filings for Mr. Speedy Car Care Center.

While the Court remains concerned about the truthfulness of Defendant Porter's testimony at the trial of this matter, it finds that such does not rise to the level of punishable criminal contempt.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Robert T. Dawson
                                        United States District Judge